STATE OF NEW JERSEY v. JAMES J. JENNINGS, JR.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WILLIAMS.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MITCHELL.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MONROE BISHOP.

March 2, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK M. MILLER, JR.

March 2, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. STUART MORGAN.

March 2, 1976. Petition for certification denied.